```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 02981
    DAVID MARTINEZ
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2564

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/27/2004 and was confirmed 03/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.88%.

     The case was paid in full 01/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
LVNV FUNDING LLC           UNSECURED OTH   1402.77           .00         376.74
RESURGENT CAPITAL SERVIC   UNSECURED      10399.45           .00        2795.27
LVNV FUNDING LLC           UNSECURED       1378.00           .00         370.39
GMAC                       CURRENT MORTG       .00           .00             .00
HARRIS TRUST               CURRENT MORTG       .00           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY      24775.45            .00       24775.45
INTERNAL REVENUE SERVICE   NOTICE ONLY   NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED     20381.77            .00        5478.42
CAPITAL ONE BANK           UNSECURED      7437.39            .00        1999.10
CARSON PIRIE SCOTT         UNSECURED      1513.66            .00         406.86
ECAST SETTLEMENT CORP      UNSECURED     14852.35            .00        3992.16
ECAST SETTLEMENT CORP      UNSECURED      5430.99            .00        1459.80
ROUNDUP FUNDING LLC        UNSECURED     11415.87            .00        3068.47
MICHAEL FINE               NOTICE ONLY   NOT FILED           .00             .00
HARRIS & HARRIS            NOTICE ONLY   NOT FILED           .00             .00
NORDSTROM FSB              UNSECURED      1925.81            .00         517.64
SAMS CLUB                  UNSECURED     NOT FILED           .00             .00
THINK FEDERAL CREDIT UNI   UNSECURED      8418.77            .00        2262.88
INTERNAL REVENUE SERVICE   UNSECURED       599.05            .00         161.02
RICHARD S BASS             DEBTOR ATTY        .00                            .00
TOM VAUGHN                 TRUSTEE                                      2,735.80
DEBTOR REFUND              REFUND                                         444.17

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 50,844.17

PRIORITY                                     24,775.45
SECURED                                            .00
UNSECURED                                    22,888.75

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 02981 DAVID MARTINEZ
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                             2,735.80
DEBTOR REFUND                                                      444.17
                                      ---------------     ---------------
TOTALS                                      50,844.17           50,844.17
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
   Dated: 04/24/08                       _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE

                          PAGE   2
          CASE NO. 04 B 02981 DAVID MARTINEZ